IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR 4:19-104. |
| | ) | |
| RAHEEM LEWIS | ) | |

**ORDER**

The Application for Leave of Absence filed by Daniel J. O'Connor, counsel for Defendant Raheem Lewis, having been considered, good cause being shown, and there being no opposition thereto, the Application for Leave of Absence for September 20-23, 2019, October 3-8, 2019, October 25, 2019, and November 15, 2019, is GRANTED.

This 3rd day of October, 2019.

_____
Magistrate JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA